

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

July 6, 2017

<u>VIA ELECTRONIC FILING</u>
Clerk, United States District Court
Western District of Texas
655 E. Cesar Chavez Blvd., Room G65
San Antonio, Texas 78206

Re:   *Benjamin Erickson v. Lorie Davis, Director*
      Civil Action No. SA-17-CA-227-OLG (HJB)

Dear Clerk:

Attached please find **State Court Records** in the above referenced cause, which are being electronically filed with the Court. Thank you for your kind assistance in this matter.

Sincerely,


/s/ Cara Hanna
CARA HANNA
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

CBH/jls
Enclosures

Post Office Box 12548, Austin, Texas 78711-2548 tel:(512) 463-2100 web: www.TexasAttorneyGeneral.gov
*An Equal Employment Opportunity Employer*