Style: Appellant  Benjamin Erickson

v.Criminal - State of Texas  The State of Texas

Case Priority:   Regular

| | |
|---|---|
| Original Proceeding: | No |
| Case Description: | Aggravated Assault |
| Remarks: | AGGRAVATED ASSAULT WITH A DEADLY WEAPON; TRIAL COURT CERTIFICATION WAS FILED****NO RIGHT OF APPEAL********companion appeal 15-00387-CR |
| Contents: | |

Punishment: 6 Years in jail    BondAmount:        In Jail: True

### Trial Court Information

| County | Court Name | Case # | Judge | Court Reporter | Remarks |
|---|---|---|---|---|---|
| Bexar | 379th Judicial District Court | 2015CR3807 | Honorable Ron Rangel | Hinds, Amy | |

### Parties and Attorneys

| Party | Party Name | Remarks | Counsel Code | Person Name | Date On | Date Off |
|---|---|---|---|---|---|---|
| Appellant | Erickson, Benjamin | | Appointed attorney | Richard B. Dulany Jr. | 06/30/2015 | |
| Criminal - State of Texas | The State of Texas | | District attorney | Nicholas A. LaHood | 06/30/2015 | |

### Interested Entities

| Entity Name | Interested Entity Type | Notice | Date On | Date Off | Remarks |
|---|---|---|---|---|---|
| Cantu, Anthony | DT CLK | Yes | 06/29/2015 4:36PM | | |
| Dulany, Jr., Richard B. | AP ATTY | Yes | 06/30/2015 3:58PM | | |
| Hinds, Amy | RPT | Yes | 06/29/2015 4:36PM | | |
| LaHood, Nicholas A. | DT ATTY | Yes | 06/30/2015 3:59PM | | |
| Rangel, Ron | TC JDG | Yes | 06/29/2015 4:36PM | | |

### Events and Opinions

| Event Date | Stage | Event | Event Description | Disposition | Grouping | Order Type | Submission | Remarks |
|---|---|---|---|---|---|---|---|---|
| 06/05/2017 | FILING | CASE FORWARDED | | | | | | To Khristel Trujillo (OAG). |
| 09/15/2015 | FILING | MANDATE ACKNOWLEDGED | | | | | | Mandate Acknowledgement Received from Trial Court |
| 09/14/2015 | FILING | MANDATE ISSD | | | | | | |
| 07/22/2015 4:14PM | FILING | RPT RECORD FLD | RPT | | | | | |
| 07/21/2015 2:09PM | FILING | CERT OF COMP | APP | | | | | APPELLANT'S CERTIFICATE OF COMPLIANCE FILED. |
| 07/15/2015 | FILING | MEM OPINION ISSD | | DISM | | | | |
| | | Opinion Type | Author | | | | | Opinion Remarks |
| | | Original Memorandum | PerCuriam | | | | | |
| 07/15/2015 | FILING | SUBMITTED | | | | | Neither | |

Report Prepared By: kperez, on 6/5/2017 1:56:10 PM                1 of 3

Style: Appellant  Benjamin Erickson

v.Criminal - State of Texas  The State of Texas

## Events and Opinions

| Event Date | Stage | Event | Event Description | Disposition | Grouping | Order Type | Submission | Remarks |
|---|---|---|---|---|---|---|---|---|
| 07/15/2015 | FILING | SUBMISSION/ BRIEFS | | | | | Neither | |
| 07/08/2015 12:37PM | FILING | RESP FLD | APP | | | | | app's response to the courts proposed order to dismiss appeal |
| 07/07/2015 | FILING | ORDER ENTERED | | | | | | app is hereby given notice that these consolidated appeals will be dismissed unless amended certifications showing that app has the right to appeal ineach case is made part of the record on or before 8-6-15 |
| 07/02/2015 2:28PM | FILING | DS FLD | APP | | | | | |
| 07/01/2015 | FILING | ORDER ENTERED | | | | | | we order appeal nos. 04-15-00387-CR and 04-15-00388-CR consolidated. |
| 06/30/2015 3:27PM | FILING | CLK RECORD FLD | DT CLK | | | | | one volume |
| 06/26/2015 | FILING | NOA FLD/COA | APP | | | | | copy of noa filed with this court |
| 06/26/2015 | FILING | CASE BEGAN | | | | | | kvs |
| 06/25/2015 9:59AM | FILING | NOA FLD/TC | | | | | | |
| 06/04/2015 | FILING | SENTENCE IMPOSED | APP | | | | | noa due 7-6-15; noa due 8-3-15 |

## Document Summary

| Stage | Location | File Date | Event | File Description | Index | Volume | Page |
|---|---|---|---|---|---|---|---|
| FILING | Event | 09/15/2015 | MANDATE ACKNOWLEDGED | Mandate Acknowledgement Received from Trial Court | | | |
| FILING | Event | 09/14/2015 | MANDATE ISSD | Mandate | | | |
| FILING | Event | 07/22/2015 4:14PM | RPT RECORD FLD RPT | St vs Benjamin Erickson Vol 1 of 2 Master Index | | | |
| FILING | Event | 07/22/2015 4:14PM | RPT RECORD FLD RPT | St vs Benjamin Erickson Vol 2 of 2 Plea Before the Court | | | |
| FILING | Event | 07/21/2015 2:09PM | CERT OF COMP APP | CERTIFICATE | | | |
| FILING | Event | 07/15/2015 | MEM OPINION ISSD DISM | JUDGMENT 7/15/15 | | | |
| FILING | Opinion | 07/15/2015 | MEM OPINION ISSD DISM | OPINION 7/15/15 | | | |
| FILING | Event | 07/08/2015 12:37PM | RESP FLD APP | app's response | | | |
| FILING | Event | 07/07/2015 | ORDER ENTERED | order 7-7-15 | | | |
| FILING | Event | 07/02/2015 2:28PM | DS FLD APP | ds | | | |
| FILING | Event | 07/01/2015 | ORDER ENTERED | order 7-1-15 | | | |

Style: Appellant  Benjamin Erickson

v.Criminal - State of Texas  The State of Texas

| Document Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| Stage | Location | File Date | Event | File Description | Index | Volume | Page |
| FILING | Event | 06/30/2015 3:27PM | CLK RECORD FLD<br>DT CLK | 2015CR3807- BENJAMIN ERICKSON- CLERK'S RECORD | | | |
| FILING | Event | 06/26/2015 | NOA FLD/COA APP | Notice of appeal | | | |
| FILING | Event | 06/25/2015 9:59AM | NOA FLD/TC | 2015CR3807- CERTIFICATE OF NOTICE OF APPEAL | | | |

| Calendars | | | | |
|---|---|---|---|---|
| Stage | Set Date | Calendar Name | Reason Set | Remarks |
| FILING | 09/14/2015 | STOR | CASE STORE | |
| FILING | 09/14/1940 | RETENTION | CR25 | SENTENCE: 6 YEARS |