```
                    REPORTER'S RECORD
                  VOLUME 2 OF 2 VOLUMES

          TRIAL COURT CAUSE NO. 2015-CR-3805    FILED IN
                                             4th COURT OF APPEALS
              AND CAUSE NO. 2015-CR-3807     SAN ANTONIO, TEXAS
                                             07/22/2015 4:05:37 PM
STATE OF TEXAS        )      IN THE DISTRICT COURT
                                                KEITH E. HOTTLE
                      )                              Clerk
VS.                   )      379TH JUDICIAL DISTRICT
                      )
BENJAMIN ERICKSON     )      BEXAR COUNTY, TEXAS
```

*************************************************************

**PLEA BEFORE THE COURT**

**JUNE 4, 2015**

*************************************************************

         On the 4th day of June, 2015 the following

proceedings came on to be heard in the above-entitled and

numbered cause before the Honorable Ron Rangel, Judge

presiding, held in San Antonio, Texas:

    Proceedings reported by machine shorthand.

```
 1                       APPEARANCES

 2  MS. STEPHANIE BOYD
    Bexar County District Attorney's Office
 3  Paul Elizondo Tower
    101 West Nueva, 5th Floor
 4  San Antonio, Texas 78205
    Phone: (210) 335-2311
 5  ATTORNEY FOR THE STATE

 6  MR. MARK JOHN MCKAY
    Law Offices of Mark J. McKay
 7  405 N. Saint Mary's Street
    San Antonio, Texas 78205
 8  Phone: (210) 227-3333
    ATTORNEY FOR THE DEFENDANT
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                   PLEA BEFORE THE COURT
                           VOLUME 2
 2

 3   June 4, 2015                                        Page

 4
     Proceedings........................................   4
 5
     Court's Sentencing.................................   7
 6
     Conclusion ........................................   8
 7
     Court Reporter's Certificate.......................   9
 8

 9                          EXHIBITS

10
     STATE'S   DESCRIPTION            OFFERED      ADMITTED
11   1         Plea Documents            7             7
               and Offense Reports
12
     (Contained within the Court's file)
13
```

```
 1                    THE COURT:  2015-CR-3805 and 2015-CR-3807,
 2   Benjamin Erickson.  Here for the State?
 3                    MS. BOYD:  Stephanie Boyd for the State, Your
 4   Honor.
 5                    THE COURT:  Defense?
 6                    MR. MCKAY:  Mark McKay.
 7                    THE COURT:  Are you the same Benjamin Erickson
 8   charged by indictment in each one of these two causes for the
 9   felony offenses of aggravated assault with a deadly weapon?
10                    THE DEFENDANT:  Yes, sir.
11                    THE COURT:  On each case separately, I'm showing
12   you a document entitled true bill of indictment.  Did you read
13   each document carefully with your lawyer?
14                    THE DEFENDANT:  Yes, sir.
15                    THE COURT:  Do you understand the charges that
16   are pending against you?
17                    THE DEFENDANT:  Yes, sir.
18                    THE COURT:  Counsel, do you waive the reading of
19   of each indictment?
20                    MR. MCKAY:  Yes, Your Honor.
21                    THE COURT:  Sir, I'm showing you a separate
22   document in each case entitled court's admonishments and
23   defendant's waivers and affidavit of admonitions.  Did you read
24   each document carefully with your lawyer?
25                    THE DEFENDANT:  Yes, sir.
```

```
 1                    THE COURT:  I'm turning each document over to
 2   the signature pages and showing them to you now.  Is that your
 3   signature on each document?
 4                    THE DEFENDANT:  Yes, sir.
 5                    THE COURT:  By reading and signing these
 6   documents, you're telling me that you know what you are charged
 7   with and you know what can happen to you if you enter into a
 8   plea; is that correct?
 9                    THE DEFENDANT:  Yes, sir.
10                    THE COURT:  Did you understand that these
11   documents set out your constitutional trial rights which
12   includes a right to have a jury trial and cross-examine
13   witnesses?
14                    THE DEFENDANT:  Yes, sir.
15                    THE COURT:  By reading and signing these
16   documents, what you're effectively doing is waiving or giving
17   up all those rights.  Did you know that?
18                    THE DEFENDANT:  Yes, sir.
19                    THE COURT:  Anybody force you or make you do
20   that?
21                    THE DEFENDANT:  No.
22                    THE COURT:  Are you a citizen of the United
23   States?
24                    THE DEFENDANT:  Yes, sir.
25                    THE COURT:  How do you plead, sir, as charged in
```

```
 1  2015-CR-3805 with the felony offense of aggravated assault with
 2  a deadly weapon, guilty, not guilty or no contest?
 3              THE DEFENDANT:  No contest.
 4              THE COURT:  How do you plead as charged by
 5  indictment in 2015-CR-3807?
 6              THE DEFENDANT:  No contest.
 7              THE COURT:  In either case, did anybody make any
 8  promises to you to get you to come in to enter your plea?
 9              THE DEFENDANT:  No.
10              THE COURT:  Anybody force you or threaten you to
11  get you to enter your plea?
12              THE DEFENDANT:  No.
13              THE COURT:  Are you entering into a plea of no
14  contest in each case then because after consulting with your
15  lawyer, you have decided that would be in your own best
16  interest?
17              THE DEFENDANT:  Yes, sir.
18              THE COURT:  I note your pleas and I invite the
19  State to offer its proof.
20              MS. BOYD:  Your Honor, in Cause Number
21  2015-CR-3807, State offers State's Exhibit 1 and attachments
22  and also acknowledgment of discovery.
23              MR. MCKAY:  No objections.
24              MS. BOYD:  And in Cause Number 2015-CR-3805,
25  State offers State's Exhibit 1 and attachments and also
```

```
 1  acknowledgment of discovery.
 2              MR. MCKAY:  No objections.
 3              THE COURT:  In each case separately, State's
 4  Exhibit 1 and attachments and the discovery acknowledgment are
 5  received and made a part of the record.  On each case
 6  separately, I find that there is sufficient evidence to
 7  establish guilt.  I accordingly find you guilty as charged by
 8  indictment.  Are you requesting to waive the PSIs and proceed
 9  with sentencing today?
10              MR. MCKAY:  Yes, Judge.
11              THE COURT:  Is there anything you want to offer
12  on behalf of your client?
13              MR. MCKAY:  We'd just like you to follow the
14  plea.
15              THE COURT:  All right.  There be no harmful and
16  injurious?
17              MS. BOYD:  Yes, Your Honor.  My understanding is
18  there's still phone contact.
19              THE COURT:  Okay.  In each case separately,
20  having found you guilty as charged by indictment -- any legal
21  reason why I cannot sentence your client on either case?
22              MR. MCKAY:  No, Your Honor.
23              THE COURT:  Then I'll sentence you to six years
24  incarceration on each in the Texas Department of Corrections,
25  Institutional Division.  I'll make an affirmative finding of a
```

```
 1  deadly weapon or a 3G offense.  I'll grant you credit for all
 2  the time that you have already served.  I'll run each case
 3  concurrent with the other.  I'll order no harmful or injurious
 4  contact with Elisa Erickson, Brandon Erickson, or Selene
 5  Erickson; taking in consideration 2015-CR-3806.  And on the
 6  2015-CR-3805 case, I'll order restitution, if any is due.
 7                  I just handed your lawyer on each case a
 8  separate document indicating these are plea bargain cases, so
 9  you don't have permission to appeal.  Do you have any
10  questions?
11                  THE DEFENDANT:  No.
12                  THE COURT:  All right.  Your lawyer did an
13  excellent job, sir.  Good luck to you.
14                  THE DEFENDANT:  Thank you.
15                  THE COURT:  You're welcome.
16                  (Proceedings concluded)
17
18
19
20
21
22
23
24
25
```

```
 1  STATE OF TEXAS              )
 2  COUNTY OF BEXAR             )
 3
 4              I, AMY HINDS-ALVARADO, Official Court Reporter,
 5  in and for the 379th Judicial District Court of Bexar County,
 6  State of Texas, do hereby certify that the above and foregoing
 7  contains a true and correct transcription of all portions of
 8  evidence and other proceedings requested in writing by counsel
 9  for the parties to be included in this volume of the Reporter's
10  Record, in the above-styled and numbered cause, all of which
11  occurred in open court or in chambers and were reported by me.
12              I further certify that the total cost for the
13  preparation of this Reporter's Record is $_____ and will be
14  paid by the County of Bexar.
15  WITNESS MY OFFICIAL HAND this the 22nd day of July, 2015.
16
17                              /s/ AMY HINDS-ALVARADO
                                Texas CSR 6068
18                              Expiration Date: 12/31/15
                                Official Court Reporter
19                              379th Judicial District Court
                                Bexar County, Texas
20                              Cadena Reeves Justice Center
                                300 Dolorosa, 4th Floor
21                              San Antonio, Texas 78205
                                (210) 335-2911
22
23
24
25
```